IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| J.L., a minor child, by his father and natural guardian, ROBERT SULLIVAN | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | 6:09 Cv. 943 (DNH) (ECF CASE) |
| Plaintiff-Intervenor | ) ) ) | |
| v. | ) ) ) ) | **JUDGE HURD** <br> **MAGISTRATE JUDGE PEEBLES** |
| MOHAWK CENTRAL SCHOOL DISTRICT, et. al. | ) ) ) ) | |
| Defendants. | ) ) | |

___

## NOTICE OF MOTION TO INTERVENE

MOTION BY:            United States

DATE, TIME AND PLACE:   February 24, 2010 10:00 a.m.
                        U.S. Courthouse, Syracuse, New York

SUPPORTING PAPERS:      Declaration of William F. Larkin
                        Motion to Intervene
                        Memorandum of Law in Support of Motion to Intervene
                        Complaint-in-Intervention

RELIEF SOUGHT:          Intervention

PAPERS IN OPPOSITION:   To be served on or before February 8, 2010
                         pursuant to L.R. 7.1

BY:

| | |
|---|---|
| RICHARD S. HARTUNIAN<br>United States Attorney<br>Northern District of New York | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| /s William F. Larkin<br>WILLIAM F. LARKIN<br>Assistant U.S. Attorney<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, NY  13261-7198<br>Phone:  (315) 448-0672<br>Fax:  (315) 448-0689<br>Bar Number: 102013 | AMY I. BERMAN<br>WHITNEY M. PELLEGRINO<br>AMANDA M. DOWNS<br>U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section<br>950 Pennsylvania Ave, PHB Suite 4300<br>Washington, DC  20530<br>Phone:  (202) 616-9939<br>Fax:  (202) 514-8337 |

Dated:  January 14, 2010