UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
J.L., a minor child, by his father and         09 Cv. 943  (DNH/DEP) (ECF CASE)
natural guardian, ROBERT SULLIVAN,

                                 *Plaintiff,*         **STIPULATION OF DISMISSAL
                                                                 WITH PREJUDICE**

                - against -

MOHAWK CENTRAL SCHOOL DISTRICT;
JOYCE CAPUTO, Superintendent of Mohawk Central
School District; EDWARD RINALDO,
Principal of Gregory B. Jarvis Junior/Senior High
School; CYNTHIA STOCKER, Equal Opportunity
Compliance Officer,

                                 *Defendants.*
------------------------------------------------------------------ X

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in this case previously entered into a Settlement Agreement, so-ordered by this Court on March 29, 2010, wherein the Plaintiff agreed to dismiss this case against all Defendants. Accordingly, Plaintiff J.L., by his father and natural guardian Robert Sullivan, and Defendants Mohawk Central School District, Joyce Caputo, Edward Rinaldo, and Cynthia Stocker request that the court dismiss the above-captioned action with prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rules 41.3, 17.1.

                                        Respectfully submitted,

Dated: New York, NY
      April _13_, 2010

_____
COREY STOUGHTON
MATTHEW FAIELLA
NAOMI R. SHATZ
New York Civil Liberties Union
    Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300, tel.
(212) 607-3329, fax

*Counsel for Plaintiff*

_____
FRANK W. MILLER
The Law Firm of Frank W. Miller
6575 Kirkville Road
East Syracuse, NY  13057
Phone: (315) 234-9900
Fax: (315) 234-9908

*Counsel for Defendants*

SO ORDERED

Dated: _____

_____
The Hon. David N. Hurd
United States District Court Judge