UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
J.L., a minor child, by his father and
natural guardian, ROBERT SULLIVAN,

                                        *Plaintiff,*

              - against -

MOHAWK CENTRAL SCHOOL DISTRICT;
JOYCE CAPUTO, Superintendent of Mohawk Central
School District; EDWARD RINALDO,
Principal of Gregory B. Jarvis Junior/Senior High
School; CYNTHIA STOCKER, Equal Opportunity
Compliance Officer,

                                        *Defendants.*
----------------------------------------------------------------- X

09 Cv. 943 (DNH/DEP) (ECF CASE)

STIPULATION OF DISMISSAL
WITH PREJUDICE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 27 2010

LAWRENCE K. BAERMAN, CLERK
UTICA

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in this case previously entered into a Settlement Agreement, so-ordered by this Court on March 29, 2010, wherein the Plaintiff agreed to dismiss this case against all Defendants. Accordingly, Plaintiff J.L., by his father and natural guardian Robert Sullivan, and Defendants Mohawk Central School District, Joyce Caputo, Edward Rinaldo, and Cynthia Stocker request that the court dismiss the above-captioned action with prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rules 41.3, 17.1.

                                    Respectfully submitted,

Dated: New York, NY
April 13, 2010

*(signature)*

COREY STOUGHTON
MATTHEW FAIELLA
NAOMI R. SHATZ
New York Civil Liberties Union
Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300, tel.
(212) 607-3329, fax

*Counsel for Plaintiff*

*(signature)*

FRANK W. MILLER
The Law Firm of Frank W. Miller
6575 Kirkville Road
East Syracuse, NY 13057
Phone: (315) 234-9900
Fax: (315) 234-9908

*Counsel for Defendants*

SO ORDERED

Dated: 4-26-10          Utica, N.Y.

*(signature)*

The Hon. David N. Hurd
United States District Court Judge